UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on June 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Stevie Lynn Koos
                    Debtor

Case No.:  19-14327

Adv. No:

Hearing Date:  June 5, 2019 @ 9am

Chapter: 13

Judge:  Christine M. Gravelle

### ORDER TO MODIFY PROOF OF CLAIM #6 FILED BY WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: June 7, 2019**

*[Signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:    Stevie Lynn Koos
Case No.    19-14327(CMG)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #6 FILED BY WELLS FARGO BANK, N.A. FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #6 filed by Wells Fargo Bank, N.A. from Secured to Unsecured and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #6 filed by Wells Fargo Bank, N.A. shall be and is hereby modified to an unsecured claim; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within __5__ days of the date hereof.