Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                      Case No.:  19−14327−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stevie Lynn Koos
   aka Stevie Lynn Runne
   1558 Pricilla Court
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−6774

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/19/19.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 20, 2019
JAN: ckk

                                                                                 Jeanne Naughton
                                                                                 Clerk

```
                                 United States Bankruptcy Court
                                       District of New Jersey

In re:                                                                     Case No. 19-14327-CMG
Stevie Lynn Koos                                                           Chapter 13
         Debtor
                                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                   Date Rcvd: Sep 20, 2019
                               Form ID: 148                Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db             +Stevie Lynn Koos,    1558 Pricilla Court,    Toms River, NJ 08753-2782
518120052      +ADT Securoty Systems Inc.,    580 Middletown Road,    Suite 240,    Langhorne, PA 19047-1827
518120053       BCA Financial Services, Inc.,    18001 Old Cutler Rd, Ste 462,    Miami, FL 33157-6437
518120054      +BHMGS-CMCRDU,    PO Box 826796,   Philadelphia, PA 19182-6796
518060481      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
518120055       BioReference Laboratories,    PO Box 21134,   New York, NY 10087-1134
518120057      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,   Collingswood, NJ 08108-2812
518237463      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518060494      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
518060495      +Midland Mortgage Co,    Pob 268959,   Oklahoma City, OK 73126-8959
518060496      +Mullooly Jeffrey Rooney and Flynn,    6851 Jericho Tpke #220,    PO Box 9036,
                 Syosset, NY 11791-9036
518120058      +State of New Jersey,    PO Box 1018,   Moorestown, NJ 08057-0018
518060497      +State of New Jersey,    Division of Taxation,    PO Box 245,   Trenton, NJ 08602-0245
518120059      +Toms River Tax Collector,    PO Box 607,    Toms River, NJ 08754-0607
518060501      +Wf/fmg,   Po Box 14517,    Des Moines, IA 50306-3517
518060500      +Wf/fmg,   Attn: Bankruptcy,    Po Box 51193,   Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2019 01:12:22      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2019 01:12:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518165533       EDI: BECKLEE.COM Sep 21 2019 04:38:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518060479      +EDI: AMEREXPR.COM Sep 21 2019 04:38:00     Amex,   Correspondence/Bankruptcy,   Po Box 981540,
                 El Paso, TX 79998-1540
518060480      +EDI: AMEREXPR.COM Sep 21 2019 04:38:00     Amex,   Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
518060482       EDI: BANKAMER.COM Sep 21 2019 04:38:00     Bank Of America,   Po Box 982238,
                 El Paso, TX 79998
518060484      +EDI: CAPITALONE.COM Sep 21 2019 04:38:00      Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
518060483      +EDI: CAPITALONE.COM Sep 21 2019 04:38:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518060485      +EDI: CAPONEAUTO.COM Sep 21 2019 04:38:00      Capital One Auto Finance,   Attn: Bankruptcy,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
518060486      +EDI: CAPONEAUTO.COM Sep 21 2019 04:38:00      Capital One Auto Finance,   Po Box 259407,
                 Plano, TX 75025-9407
518067761      +EDI: AISACG.COM Sep 21 2019 04:38:00     Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518148937      +EDI: AISACG.COM Sep 21 2019 04:38:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
518149469       EDI: BL-BECKET.COM Sep 21 2019 04:38:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
518060488      +EDI: WFNNB.COM Sep 21 2019 04:38:00     Comenity Bank/Wayfair,   Po Box 182789,
                 Columbus, OH 43218-2789
518060487      +EDI: WFNNB.COM Sep 21 2019 04:38:00     Comenity Bank/Wayfair,   Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
518060490      +EDI: RCSFNBMARIN.COM Sep 21 2019 04:38:00      Credit One Bank,   Po Box 98872,
                 Las Vegas, NV 89193-8872
518060490       E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2019 01:19:22      Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
518060489      +EDI: RCSFNBMARIN.COM Sep 21 2019 04:38:00      Credit One Bank,   Attn: Bankruptcy Department,
                 Po Box 98873,   Las Vegas, NV 89193-8873
518060489       E-mail/PDF: creditonebknotifications@resurgent.com Sep 21 2019 01:19:22      Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,   Las Vegas, NV 89193-8873
518120056      +EDI: FSAE.COM Sep 21 2019 04:38:00     Firstsource Advantage,   PO Box 628,
                 Buffalo, NY 14240-0628
518060491       EDI: IRS.COM Sep 21 2019 04:38:00     Internal Service Revenue,   PO Box 7346,
                 Philadelphia, PA 19101-7346
518060492      +E-mail/Text: bncnotices@becket-lee.com Sep 21 2019 01:11:08       Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,    Milwaukee, WI 53201-3120
518060493      +E-mail/Text: bncnotices@becket-lee.com Sep 21 2019 01:11:08       Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518210597       EDI: RESURGENT.COM Sep 21 2019 04:38:00     LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
518224693       EDI: Q3G.COM Sep 21 2019 04:38:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
518159601      +E-mail/Text: bncmail@w-legal.com Sep 21 2019 01:12:33       TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Sep 20, 2019
                              Form ID: 148             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518060498      +EDI: WTRRNBANK.COM Sep 21 2019 04:38:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                Minneapolis, MN 55440-9475
518060499      +EDI: WTRRNBANK.COM Sep 21 2019 04:38:00      Target,    Po Box 673,   Minneapolis, MN 55440-0673
518180535       EDI: WFFC.COM Sep 21 2019 04:38:00      Wells Fargo Bank, N.A.,    P.O. Box 10438, MAC F8235-02F,
                Des Moines, IA  50306-0438
518120060       E-mail/Text: BKRMailOps@weltman.com Sep 21 2019 01:12:30      Weltman, Weinberg & Reis Co.,
                PO Box 93784,    Cleveland, OH 44101-5784
                                                                                               TOTAL: 30

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eamonn  O'Hagan    on behalf of Creditor    United States Internal Revenue Service
               eamonn.ohagan@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Stevie Lynn Koos bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 6
```